UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24324-CIV-ALTONAGA/Reid

**JOSEPH SABAG**,

    Plaintiff,
v.

**JUST VISION, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on November 13, 2023, upon the Clerk's Notice indicating that Plaintiff's counsel, Jerome M. Marcus, Lori Lowenthal Marcus, and Daniel C. Simons are not being added to the case given they are not members of the Southern District of Florida Bar.  Under Local Rule 4(b) of the *Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when appearance *pro hac vice* is granted.  To date, these attorneys have not taken the necessary steps to appear before the Court.  Accordingly, it is

**ORDERED AND ADJUDGED** that the above listed attorneys shall file a motion to appear *pro hac vice*[1] by **November 17, 2023**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of November, 2023.

    */s/ Cecilia M. Altonaga*
    **CECILIA M. ALTONAGA**
    **CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record

---

[1] Plaintiff's Complaint indicates a *pro hac vice* motion is forthcoming.  (*See* [ECF No. 1] 14).